ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK



*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Diannalysius obce A.C.

-against-

NYC Law Dept, NYC DOE
Meisha Porter, Julia Bove,
Kerri Moser, Frank Difranco
(see attach)

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: ☑ Yes ☐ No  {Speed Trial if applicabl
*(check one)*

**CV 21-3962**

**GUJARATI, J.**

**BLOOM, M.J.**

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Dianna Lysius
   Street Address: 1080 Croton Loop 13B
   City and County: Brooklyn Kings
   State and Zip Code: NY 11239
   Telephone Number: (2040) 216-7747
   E-mail Address: lysiusd@yahoo

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: NYC Law Dept
   Job or Title (if known): Attorneys for Defendant
   Street Address: 100 Church Street
   City and County: NY New York
   State and Zip Code: NY 10007
   Telephone Number:
   E-mail Address (if known): SHgoeka@law.nyc.gov
   HSareten@law.nyc.gov

Defendant No. 2

Name: Kerri Moses
Job or Title (if known):
Street Address: 100 Church Street
City and County: New York, NY
State and Zip Code: NY 10007
Telephone Number:
E-mail Address (if known):

Defendant No. 3

Name: Julia Bol
Job or Title (if known):
Street Address: 100 Church Street
City and County: New York, NY
State and Zip Code: NY 10007
Telephone Number:
E-mail Address (if known):

Defendant No. 4

Name: Meisha Porter
Job or Title (if known):
Street Address: 100 Church Street
City and County: New York, NY
State and Zip Code: NY 10007
Telephone Number:
E-mail Address (if known):

Defendant No. 5
Name: Frank DiFranco
Job or Title (if known):
Street Address: 100 Church Street
City and County: New York, NY
State and Zip Code: NY 10007
Telephone Number:
E-mail Address (if known):

Defendant No. 6
Name: Linda Sarokiasen
Job or Title (if known):
Street Address: 100 Church Street
City and County: New York, NY
State and Zip Code: NY 10007
Telephone Number:
E-mail Address (if known):

Defendant No. 7
Name: Rochelle Bryer
Job or Title (if known):
Street Address: 100 Church Street
City and County: New York, NY
State and Zip Code: NY 10007
Telephone Number:
E-mail Address (if known):

Defendant No. 8
Name: Jacquline Dellaboie-Miglino
Job or Title (if known):
Street Address: 100 Church Street
City and County: NY New York
State and Zip Code: NY 10007
Telephone Number:
E-mail Address (if known):

Defendant No. 9
Name: Caitlen Jennifer
Job or Title (if known):
Street Address: 100 Church Street
City and County: NY New York
State and Zip Code: NY 10007
Telephone Number:
E-mail Address (if known):

Defendant No. 10
Name: Jennifer Hah
Job or Title (if known):
Street Address: 100 Church Street
City and County: NY New York
State and Zip Code: NY 10007
Telephone Number:
E-mail Address (if known):

See attached
(11) Mr Leigh
(12) Ms Olene Lees

3

The following are the additional defendants in the matter. 6-12

6) Linda Sakoriasen
7) Rochelle Berger
8) Jacqueline Dellabovie-Miglino
9) Caitlin Visco
10) Jennifer Ittah
11) Mr. Leigh
12) Irene Lees

The above defendants address is NYC Law Dept. 100 Church St. NY NY 10007.
Attention
Sharon Glores
Hannah Saroken

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Dianna Lysius
   Street Address: 1260 Croton Ave 2B
   City and County: Bklyn NY 11239
   State and Zip Code:
   Telephone Number: 646-210-7740
   E-mail Address: lysiusd@yaho[o]

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

   Defendant No. 1
   Name: NYC Law Dept Hannah Saroki
   Job or Title (if known): attorney
   Street Address: 100 Church
   City and County: ny ny 10007
   State and Zip Code:
   Telephone Number:
   E-mail Address (if known): HSaroki@law.nyc.gov

   Defendant No. 2
   Name: Sharon Glover
   Job or Title (if known): attorney
   Street Address: 100 Church Street ny ny 10007
   ~~City and County~~: Snglover@law.nyc.gov

2

Defendants in Caption
------------------------
Ilene Lees
Linda Sakariasen
Rochelle Berger
Jennifer Ittah
Barbara Freeman
Viscio Caitlin
Jacqueline Pellaborie-Miglino
Craig Edwards

II. **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

- [x] State or local officials (a § 1983 claim)
- [x] Federal officials (a *Bivens* claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

My Child Civil Rights to a free education has be violated and discriminated under 42 USC

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

See attached violation which has deprived my son from receiving a normal education without being harassed, his life has been threatened to be KILLED and DOE wants me to accept money to avoid prosecution.

4

III. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

All the events took place at 1925 Stuart Street Bklyn NY 11229

B. What date and approximate time did the events giving rise to your claim(s) occur?

Starting August 2019 to date. The last attack was yesterday July 12, 2021 using social class to accuse my son of an attack.

C. What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)

The assistant principal Frank Defranco threatened to hang my 11 year African American Child as a result of pending investigations into the abuse, that violated my son's civil rights under 42 USC 1983. My son is afraid to be in the same building and removing my child from the school results in all 3 pending investigations to be dismissed.

5

IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

My sons coat was stolen by a month by Rochelle Boise and Frank Difranco, he stole my sons change the grades from 100 and 98 to 24 and 20. DOE observed him on camera and yet try to attack me and overlook the abuse. We are now being harassed aggressively. I have AUDIO.

V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Issue Order of Protection. Issue a stay from any civil right violators against my son to include Ceist and Decist from separating the way enters school doors, no one needs to escort my lead, do not touch his belongings. Ms. Difranco, Ms. Salaniasan, and Mrs. Rochelle Boise who have physically harm my kid to be removed until the trial or DOE investigation complete

VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

6

A.   **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: July 13, 20 21

Signature of Plaintiff _[signature]_

Printed Name of Plaintiff Dianna Lepsius

7