ORIGINAL

RECEIVED
JUL 13 2021
PRO SE OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

Diana Lysius

against

NYC Law Dept/NYC DOE
Meisha Porter

-------------------------------------------------------------X

CV 21-3962

ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER

GUJARATI, J.

BLOOM, M.J.

___ CV ____________ ( )

Upon the affidavit of Diana Lefius sworn to the 13 day of July, 20 21, and upon the copy of complaint hereto annexed, it is ORDERED, that the above named defendant(s) show cause before a motion term of this Court, at room ______, United States Court House, Cadman Plaza East in Kings County and State of New York on ____________, 20______, at _________ o'clock in the ________ noon thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65 FRCP enjoining the defendant(s) during the pendency of this action from

____________________________________________________________

____________________________________________________________

__________________________________________________; and it is further ORDERED, that sufficient reason having been shown, therefore, pending the hearing of plaintiff's application for a preliminary injunction, pursuant to Rule 65 FRCP the defendant(s) are temporarily restrained and enjoined from

____________________________________________________________

____________________________________________________________

____________________________________________________________

and is further ORDERED, that security in the amount of $ Ø be posted by the plaintiff(s) and it is further ORDERED, that personal service of a copy of this order and annexed affidavit upon the defendant(s) or his counsel on or before __________ o'clock in the ______ noon, ____________, 20 _____ shall be deemed good and sufficient service thereof.

DATED:
Brooklyn, New York

____________________________
United States District Judge