UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- x

DIANNA LYSIUS on behalf of A.C.,

Plaintiff,

- against -

NEW YORK CITY LAW DEPARTMENT, et al.,

Defendants.

---------------------------------------------------------------------- x

21-CV-3962 (DG) (LB)

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that upon the accompanying memorandum of law in support of its motion for dismissal pursuant to Fed. R. Civ. P. 12(b)(2), 12(b)(5), and 12(b)(6), dated September 27, 2021, Defendants New York City Law Department, New York City Department of Education, Chancellor Meisha Porter, Frank DiFranco, and Kerri Moser will move in this Court, at the United States Courthouse for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York, on a date and at a time to be designated by the Court, for an Order dismissing the Complaint in its entirety and granting Defendants such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that Plaintiff shall serve and file any opposition papers by October 27, 2021.

Dated: New York, New York
September 27, 2021

**GEORGIA M. PESTANA**
Corporation Counsel of the
City of New York
*Attorney for New York City Law Department, New York City Department of Education, Chancellor Meisha Porter, Frank DiFranco, and Kerri Moser*
100 Church Street, 2nd Floor
New York, New York 10007
(212) 356-0885

By: /s/
Copatrick Thomas
Assistant Corporation Counsel

To: Dianna Lysius
1280 Corton Loop
Apt. 13B
Brooklyn, New York 11236