RP 4/9 ACH

UNITED STATES DISTRICT COURTS 21 – CV – 3962 DG-LB

EASTERN DISTRICT OF NEW YORK

ORIGINAL

RECEIVED
NOV 05 2021
PRO SE OFFICE

DIANNA LYSIUS, on behalf of, AC

Against,

New York City Law Department,

New York City Department of Education,

MEISHA PORTER, JULIA BOVE, ILENE LEES, LINDA SAKARIASEN,

ROCHELLE BERGER, JENNIFER ITTAH, BARBARA FREEMAN, CAITLIN VISCIO,

JACQUELINE DELLABORIE-MIGLINO, CRAIG EDWARDS, & MR. LEIGH

**RE: ADJOURNMENT – TELEPHONE CONFERNCE NOVEMBER 9, 2021, at 3:00PM**

Dear Magistrate Judge Bloom

Please accept this letter as a request for an adjournment in the matter reference above. I request this adjournment to allow me to address some concerns that arose from my son at Marine Park Junior High School as of recently without regards to the current Civil Rights Violations. AC was unable to return to school September 2021 as he feared the abuse continuing so we decided to await the Supreme Court which didThe abuse continued even after my son has been injured, again, I have evidence to support the actions.

On October 7, 2021, at approximately 12:18pm my son AC was in the school yard during recess and injured his knee. The injury sustained consist of the entire knee dislocating from the patella and lower leg and ligaments damage as a result of the **ENTIRE KNEE AND LOWER LEG SEPARATING**. Legal has been obtained and a Notice of Claim is currently being submitted.

To date, my son has been unable to receive the medical therapy needed as a result of Ms. Moser, Principal violating my sons Civil Rights afforded under FERPA laws. Ms. Moser falsified the incident report citing that no injury occurred to the student when in fact, I arrived with the ambulance to find my son on the floor with to school aids holding the upper and lower part of his leg in place, so it does not fall apart. I requested a the incident report and injury report on October 7, 2021 of which I was not provided. With my son needing medical attention Ms. Moser made me come to the school 4 times as follows to pick up the reports of which they were falsified or not completed corrected. She ensured that she did not include her signature as directed during 3 of the visits to pick up the documents. It ws on the on the 4th visit that I received the information, which was a total of 9 days after the incident and MULTIPLE REQUESTS. (See photo) I had to visit the school and wait approximately 3 hours each time to receive a falsified injury report that did not bear any signature as directed. It was not until I made final threat that Ms. Moser provided the incident report and injury report on October 15, 2021, with knowledge that the Dr. needed to fill out the forms no later than October 14, 2021, as he was away and returning October 21, 2021.

To date, my son has not received any therapy because the form was not completed timely and signed by the principal of the school. I have since obtain confirmation that therapy will start next week, consisting of 3 days per week with an unknown specified period.

As a parent it was hurt breaking as I watch my child suffer with his entire LEG FACING THE OPPOSITE DIRECTION due to the dislocation and Ms. Moser directed the Assistant Principal to not provide me with any assistance nor communicate with me. I have the entire incident recorded that shows Ms. Moser pointing her finger in the Assistant Principal's shouting at her to get inside the building while speaking with me. We enter the building and Ms. Moser is pointing her finger directly in the Assistant Principal's face aggressively as a form of intimidation directing her to "SIT DOWN NOW" using hand gestures which is humiliating for anyone to endure. Also, the police were not allowed to arrive at the scene or make a police report as directed by Ms. Moser but stated to only send the ambulance when a police report should have been filled out. She did not this because the HUGE POTHOLES DIRECTLY UNDER THE BASKETBALL have been ignored by Ms. Moser. Ms. Moser is a disgusting principal, and not only do I believe so but see attached the opinions of over 1500 student who to have been harassed, bullied, disrespected, and emotional distressed which all are Civil Rights Violations. (See attached petition to remove Ms. Moser from Marine Park. Many others and I share the same opinion and I have no clue as to who these 1500 individuals that started the petition within months of Ms. Moser assuming the position as Principal. To date, the parents and students at Marine Park have set up 2 petitions and I will be starting a new one with all my evidence so the world can see and understand the level of abuse my son has endure and this gross inhumane principal only cares about having sexual intercourses with the teachers.

In addition, Ms. Moser has again directed a staff to manipulate my son's grades as of September/October 2021 and DENIES my son any education material while at home, to include denying my son taking his quarterly Math and Science for specifically because she is to identify students that are good in these subjects but instead, she directed Mr. Difranco to change my son's grades and signed off on the falsified investigation reports. Ms. Moser deny meeting with me to set home instruction after having her secretary contact me about the matter. Instead, Ms. Moser sends an email to avoid the secretary providing logistics/date and time for my son to take his exams. I agreed to come in to meet to ensure my son receives home instruction and take the exams Ms. Moser stated he needed to be in school to take. Thereafter, she did not respond to schedule or confirm the meeting to ensure my son receives education material while out of school. Instead, she stated that she does not have to provide any education material while my son is out of school due to medical injuries sustained at Marine Park Junior High School.

In the meantime, I will aggressively work on obtaining legal representation and possible hopes of attorneys contacting me once the News and Media speaks on the matter publicly. The abuse cannot continue my child is not the only one abuse by Ms. Moser. She is the worst of them all to be allowed to have sexual relationships with the teachers dating back to many years, arrested for drunk driving as a principal, and above all not only my child has been injured but another child has sustained a concussion of which she falsified the incident report as well. See attached all support documentation.

Unfortunately, I am not allowing NYCDOE to brush this under the rug and I am not communicating with News Channels to have the in the public view to get the results needed.

Please confirm the adjournment for the conference for at least 2 weeks, during the month of November 2021.

Regards,

11/4/21

Dianna Lysius

Cc: Cthomas@law.nyc.gov